**PAULEY v. STATE.**

No. 19247.

Court of Criminal Appeals of Texas.

Dec. 15, 1937.

Rehearing Denied Jan. 26, 1938.

Houston McMurry, of Henrietta, and Walter Nelson, Jr., of Wichita Falls, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The conviction is for unlawfully driving an automobile upon the public highway while intoxicated; penalty assessed at confinement in the county jail for a period of thirty days.

The indictment appears regular. The record is before us without statement of facts or bills of exception, in the absence of which nothing is presented for review.

The judgment is affirmed.